

# Fourth Court of Appeals
## San Antonio, Texas

January 20, 2015

No. 04-14-00874-CV

Juan Alberto **CASTILLO** and Ana L. Perez,
Appellants

v.

**COMPASS BANK**,
Appellee

From the County Court at Law No 2, Webb County, Texas
Trial Court No. 2014-CVD-000024-L2
Honorable Jesus Garza, Judge Presiding

## O R D E R

On September 23, 2014, appellants Juan Alberto Castillo and Ana L. Perez filed separate notices of appeal from the trial court's August 27, 2014 judgment. On December 15, 2014, appellants filed separate affidavits of indigency in this court. It appears appellants did not file their affidavits in the trial court.

A party who cannot pay the costs of an appeal must file an affidavit of indigence "in the trial court with or before the notice of appeal." TEX. R. APP. P. 20.1(c)(1). Appellants' affidavits were therefore due in the trial court on September 23, 2014, the date their notices of appeal were filed, or motions for extension of time to file the affidavits were due in this court fifteen days later, on October 8, 2014. *See* TEX. R. APP. P. 20.1(c)(1), (3).

We construe the affidavits filed in this court as motions for extension of time to file the affidavits in the trial court. Although the affidavits were filed outside the fifteen-day deadline set forth in Rule 20.1(3), an untimely affidavit of indigence can be "adequate to fulfill the fundamental purpose of Rule 20.1." *Higgins v. Randall County Sheriff's Office*, 257 S.W.3d 684 (Tex. 2008). Accordingly, we **GRANT** the motions to extend time to file the affidavits of inability to pay costs.

We **ORDER** the clerk of this court to send copies of the affidavits and this order to the district clerk, the court reporter, and all parties. *See* TEX. R. APP. P. 20.1(d)(2).

We further **ORDER** the deadline for filing a contest to the affidavits of indigence is

**January 30, 2015**.  **Any contest must be filed in this court.**  *See* TEX. R. APP. P. 20.1(e)(1).  If no contest is filed, appellants will be considered indigent for purposes of appeal.

Marialyn Barnard, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 20th day of January, 2015.

Keith E. Hottle
Clerk of Court

